# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CLINTON DRIVER, | : No. 49 EM 2022 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| THOMAS MCGINLEY AND HONORABLE | : |
| SCOTT DICLAUDIO, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of November, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.